IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL TOWLER,

    Petitioner,

v.           No. CV 13-1235 MCA/LAM

JONI BROWN, et al.,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martinez' *Proposed Findings and Recommended Disposition (Doc. 10)*, filed on September 5, 2014.  No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed.  Furthermore, Petitioner has not elected to proceed solely on his exhausted claims by filing an amended petition raising <u>only</u> the exhausted claims.  The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 10)* and dismiss this case without prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 10)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

                                                  **THE HONORABLE M. CHRISTINA ARMIJO**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**